### 21360. TUCKER *v.* BIVINS.

LUKE, J. This is the third appearance of this case in this court. See *Bivins* v. *Tucker,* 41 *Ga. App.* 771 (154 S. E. 820), 42 *Ga. App.* 254 (155 S. E. 532). Upon the principles there ruled, and previously ruled in *Tallent* v. *Crim,* 19 *Ga. App.* 16 (90 S. E. 742), the petition as finally amended was properly dismissed on general demurrer.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 12, 1932.

*Dowling & Dowling,* for plaintiff.
*P. Q. Bryan, Marlin L. Bivins,* for defendant.